UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61836-CIV-COHN/WHITE

CARL M. THOMPSON,

    Plaintiff,

vs.

SHERIFF OF BROWARD COUNTY,
et al.,

    Defendant.
_____/

### ORDER ADOPTING REPORT OF UNITED STATES MAGISTRATE JUDGE

**THIS CAUSE** is before the Court on a Report and Recommendation regarding Plaintiff Carl M. Thompson's Section 1983 Complaint, submitted by United States Magistrate Judge Patrick A. White on December 14, 2006 [DE 4]. The Court notes that no objections to the Report have been filed and the time for filing such objections has passed. Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the record herein, including the Complaint and the Report and Recommendation, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Report of Magistrate Judge Patrick A. White [DE 4] is hereby **ADOPTED**.

2.    Plaintiff Carl M. Thompson's Petition [DE 1] is **DISMISSED without prejudice**. The Plaintiff may move to reopen the case upon payment of the full filing fee of $350.00 within ten (10) days of dismissal of the Complaint.

3. The Clerk of Court is hereby directed to **CLOSE** this case. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of February, 2007.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:

Carl M. Thompson, *pro se*
#630600080
Stockade
P.O. Box 407065
Fort Lauderdale, FL 33340